# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

           Plaintiff

                                      DECISION and ORDER

-vs-

                                      11-MJ-4022

PATRICK G. BASSETT,

           Defendant

_____

      **Siragusa, J.** This case was referred by order of the undersigned, dated August 25, 2011, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). Previously, on August 18, 2011, after receiving a psychiatric report , "both counsel for the government and the defendant stated that they were not contesting the report or the opinions contained herein and urged the Court to adopt the finding that the defendant is competent to stand trial (R&R. p.2). On August 25, 2011, Magistrate Judge Payson filed a Report and Recommendation ("R&R") [Docket #13] recommending that the Court determine Defendant competent to stand trial.  The time has passed for Defendant to file any objections to the R&R, and  none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, the Court finds Defendant competent to stand trial.

      IT IS SO ORDERED.

Dated: Rochester, New York
       September 15, 2011

                ENTER:

                                  /s/ Charles J. Siragusa
                                  CHARLES J. SIRAGUSA
                                  United States District Judge